UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WILLIAMS STRIPLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 25-0757 (UNA) |
| IVANKA MARIE TRUMP, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court will grant the application and dismiss the complaint and this civil action without prejudice.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and the Court cannot exercise subject matter jurisdiction over a frivolous complaint, *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (examining cases dismissed "for patent insubstantiality," including where plaintiff allegedly "was subjected to a campaign of surveillance and harassment deriving from uncertain origins."). Consequently, a Court is obligated to dismiss a complaint as frivolous "when the

1

facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981). The instant complaint falls into this category.

Plaintiff purports to bring claims against a who's who list of defendants, ranging from artists and entertainers both living and dead (*e.g.*, Vincent Van Gogh, Elvis Presley, Miley Cyrus) to elected officials from across the political spectrum (*e.g.*, President Donald Trump, New York Governor Kathy Hochul, D.C. Mayor Muriel Bowser) to three members of the U.S. Supreme Court, *see* Compl. at 2-13. Yet it lodges concrete factual allegations against just one, Ivanka Trump, who Plaintiff claims has held him "as a sex slave so she can kill [him] for [his] passport and assume [his] identity," as well as steal his royalty checks. *See id*. at 16. Because the complaint's fanciful and irrational allegations do not amount to an actual legal claim over which the Court may exercise jurisdiction, the Court dismisses the complaint without prejudice. A separate order will issue.

/s/
CHRISTOPHER R. COOPER
United States District Judge

DATE: March 31, 2025